1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   COREY THOMAS JONES,                    No.  2:22-cv-2010 DAD AC P
12                    Petitioner,
13        v.                                ORDER
14   WARDEN,
15                    Respondent.
16

17        Petitioner has filed a motion for a ten-day extension of time to file objections to the May

18   2, 2023 findings and recommendations.  The current deadline for objections is May 26, 2023.

19   Good cause appearing, IT IS HEREBY ORDERED that:

20        1.  Petitioner's motion for an extension of time (ECF No. 5) is GRANTED; and

21        2.  Petitioner has an additional ten days, up to June 5, 2023, to file any objections.

22   DATED: May 24, 2023

23

24        ALLISON CLAIRE
         UNITED STATES MAGISTRATE JUDGE

25
26
27
28